| | | |
|---|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated, | ) ) ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-7945 |
| v. | ) ) ) | |
| Miss Rosier Holding, Inc., | ) ) | |
| Defendant. | | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION

Plaintiff, Debbie Pittman, respectfully moves for a one-week extension of time to file Plaintiff's petition for attorneys' fees and costs.

In support of this motion, Plaintiff states as follows:

1. On June 9, 2026, the Court entered its Default Judgment Order awarding Plaintiff reasonable attorneys' fees and costs, to be determined upon submission of a fee petition.

2. Plaintiff respectfully requests a one-week extension, through **July 7, 2026**, to file the fee petition.

3. This request is made in good faith, is not sought for purposes of delay, and Plaintiff does not believe the requested extension will prejudice Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court grant a one-week extension of time, through July 7, 2026, to file Plaintiff's petition for attorneys' fees and costs, and grant such other relief as the Court deems just and proper.

Respectfully Submitted,

Dated: June 30, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
C: 630-478-0856
Email: Dreyes@ealg.law